**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID OWENS HOOPER,
Appellant,
vs.
RENEE BAKER, WARDEN,
Respondent.

No. 65680

**FILED**

JUN 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a decision denying a post-conviction petition for a writ of habeas corpus. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

The order entered on April 29, 2014, was not a final decision as several claims remained pending. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-19365

cc: Hon. Steve L. Dobrescu, District Judge
David Owens Hooper
Attorney General/Ely
White Pine County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A